IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| COMBINE LODGING, LLC D/B/A QUALITY INN,<br>　*Plaintiff,*<br><br>v.<br><br>PALOMAR SPECIALTY INSURANCE COMPANY,<br>　*Defendant.* | §<br>§<br>§<br>§　CIVIL ACTION NO. 1:21-CV-00359<br>§　JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Joint Stipulation of Non-Suit Without Prejudice. [Dkt. 22]. The Parties are seeking a dismissal without prejudice as to Plaintiff's claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the non-suit is not yet in effect, the above-styled action is hereby dismissed without prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and pending deadlines are hereby vacated, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 29th day of June, 2022.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Michael J. Truncale
　　　　　　　　　　　　　　　　　　　United States District Judge